UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| WILLIAM EDWARD CURRY AND<br>BILLY RICHARD CURRY | * | No. |
| Versus | * | SECTION<br>JUDGE |
| M/V CHEMTRANS TAURUS, ITS ENGINES<br>MACHINERY, TACKLES, APPURTENANCES<br>APPAREL, ETC., *IN REM*,<br>SPARROW 6 SHIPPING, INC., AND<br>CHEMIKALIEN SEETRANSPORT GmbH | * | MAGISTRATE |

******************************************************************************

**VERIFIED COMPLAINT FOR DAMAGES**

NOW INTO COURT, through undersigned counsel, come Plaintiffs, **WILLIAM EDWARD CURRY and BILLY RICHARD CURRY**, who respectfully file this Verified Complaint for Damages against the vessel known as the M/V CHEMTRANS TAURUS, its engines, machinery, tackles, appurtenances, apparel, etc., *in rem*, and against Defendants, SPARROW 6 SHIPPING, INC. and CHEMIKALIEN SEETRANSPORT GmbH, *as follows:*

1.

This case is within this Court's admiralty and maritime jurisdiction pursuant to 28 U.S.C. §1333, and is an admiralty and maritime claim within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure.

2.

Venue is proper because the Vessel is currently located in this district, and the accident at issue occurred within this district.

3.

Plaintiffs are individuals residing in the state of Louisiana who have claims for personal injury, economic loss, and property damage against the M/V CHEMTRANS TAURUS, SPARROW 6 SHIPPING, INC., and CHEMIKALIEN SEETRANSPORT GmbH.

**Factual Background**

4.

The M/V CHEMTRANS TAURUS is a 227 meter long crude oil tanker, with IMO Number 9295036 ("Vessel"), which is presently within this District and therefore subject to the jurisdiction of this Court.

5.

Upon information and belief, SPARROW 6 SHIPPING, INC. and CHEMIKALIEN SEETRANSPORT GmbH are the owners, operators, managers, and/or parties in interest in the M/V CHEMTRANS TAURUS, and are foreign entities which do not maintain a business office or address in Louisiana, and have no designated or maintained a resident agent for service of process.

6.

Service of process can be had over Defendant SPARROW 6 SHIPPING, INC. by serving the Louisiana Secretary of State, to be forwarded to No. D-31, CMDA Truck Terminal, GNT Road, Madhavaram, Chennai-600110, India.

7.

Service of Process can be had over Defendant, CHEMIKALIEN SEETRANSPORT GmbH by serving the Louisiana Secretary of State, to be forwarded to Mattentwiete 1, 20457, Hamburg, Germany.

8.

Plaintiffs bring this action against the Vessel and Defendants pursuant to Rules C and E of the Supplemental Rules for Admiralty and Maritime Claims.

9.

On or about February 23, 2025, Plaintiff BILLY RICHARD CURRY was operating a fishing vessel owned by Plaintiff WILLIAM EDWARD CURRY, the F/V BRINLEY MARIE, IMO Number 933019, in the Gulf of Mexico, approximately six (6) miles south of Southwest Pass, Louisiana, when it was struck by the Vessel.

10.

Plaintiff BILLY RICHARD CURRY was operating the fishing vessel in that location, and at the time of the collision had three other crew members on board the F/V BRINLEY MARIE, Jackson Morgan, Stephen Simonds, and Cameron Hobby.

11.

As Plaintiff BILLY RICHARD CURRY operated the vessel in a safe and non-negligent manner, it was struck by the Vessel, the M/V CHEMTRANS TAURUS, in the open water, suddenly and without warning. Upon information and belief, the Vessel was operating outside of and/or not in the proper portion of the shipping lane.

12.

As a direct result of this collision, Plaintiff BILLY RICHARD CURRY suffered severe injuries to his head and back, and other serious injuries to his body and mind, and is entitled to recover from SPARROW 6 SHIPPING, INC. and CHEMIKALIEN SEETRANSPORT GmbH reasonable and just compensatory, special, and general damages as prayed for herein and to be awarded by this honorable Court in the following, non-exclusive respects:

(1) Past, present and future physical, mental and emotional pain and suffering;

(2) Past, present and future loss of wages, fringe benefits and wage earning capacity;

(3) Past and future physical disability;

(4) Past, present and future medical expenses; and

(5) All other special and general damages as will be shown at the trial of this matter.

13.

As a direct result of this collision, the vessel F/V BRINLEY MARIE was significantly damaged, and Plaintiff WILLIAM EDWARD CURRY, as owner of that vessel is entitled to recover from SPARROW 6 SHIPPING, INC. and CHEMIKALIEN SEETRANSPORT GmbH reasonable and just compensatory property damages and economic losses from inability to operate his commercial fishing business, as well as other damages which may be available as prayed for herein and to be awarded by this honorable Court.

**_In Rem_ Action Against the M/V CHEMTRANS TAURUS**

14.

Plaintiffs repeat, re-allege, and incorporate as if fully set forth herein the allegations contained within the foregoing paragraphs.

15.

As a result of the February 23, 2025 collision with the M/V CHEMTRANS TAURUS, Plaintiffs have suffered personal injury, economic loss, and property damage injuries which have a value in excess of $2,000,000, for which the Vessel and Defendants are jointly and severally liable. Plaintiffs have a preferred maritime lien against the Vessel for this amount, which Plaintiffs assert *in rem*.

**_*In Personam*_ Action Against SPARROW 6 SHIPPING, INC. and CHEMIKALIEN SEETRANSPORT, GmbH**

16.

Plaintiffs repeat, re-allege, and incorporate as if fully set forth herein the allegations contained within the foregoing paragraphs.

17.

As a result of the February 23, 2025 collision with the M/V CHEMTRANS TAURUS, Plaintiffs have suffered personal injury, economic loss, and property damage injuries which have a value in excess of $2,000,000, for which the Vessel and Defendants are jointly and severally liable. Plaintiffs have an action against Defendant for these amounts by virtue of their claims asserted under the general maritime law.

**Supplemental Rules C and E**

18.

Pursuant to Supplemental Rules C and E(5)(a), Plaintiffs request that a Warrant of Arrest Issue for attachment of the Vessel and that, thereafter, the Court fix the principal amount of the bond or other security to obtain the M/V CHEMTRANS TAURUS's release at an amount sufficient to satisfy Plaintiffs' claims, with accrued judicial interest and costs, and further requests that the Court require that the bond or other security be conditioned for the maximum permitted by Rule E(5)(a), which permits security for up to two times the amount of Plaintiffs' claims.

**Conclusion and Prayer**

19.

Plaintiffs are entitled under Supplemental Rule C to attach the M/V CHEMTRANS TAURUS, which is owned, operated, and/or managed by Defendants.

20.

No waiver is intended of any rights or remedies which Plaintiffs may have against other parties involved in the incident at issue, or other rights and remedies to which Plaintiffs may have under any other laws, which rights and remedies are specifically reserved.

WHEREFORE, Plaintiffs, **WILLIAM EDWARD CURRY and BILLY RICHARD CURRY**, pray that the Court:

(1) Issue a Warrant of Arrest for the M/V CHEMTRANS TAURUS, commanding the United States Marshal to arrest the vessel and take it into custody;

(2) Order the M/V CHEMTRANS TAURUS to be condemned and sold to pay the costs of *custodial egis* and damages owed to Plaintiffs;

(3) Enter judgment in favor of Plaintiffs on his claims against the Vessel and Defendants, and award damages to Plaintiffs in the amount of at least $2,000,000, plus judicial interest, costs, and fees;

(4) Render such other further relief which may be just under the premises.

Respectfully Submitted,

*/s/ Megan C. Misko*_______________

TIMOTHY J. YOUNG (22677)
TAMMY D. HARRIS (29896)
MEGAN C. MISKO (29803)
**THE YOUNG FIRM**
400 Poydras Street, Suite 2090
New Orleans, Louisiana 70130
Telephone (504) 680-4100
Facsimile (504) 680-4101