**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**WILLIAM EDWARD CURRY, ET AL.**          **CIVIL ACTION**

**VERSUS**                                **NO. 25-429 c/w 25-2089,**
                                          **25-2090, 25-2091**

**CHEMTRANS TAURUS M/V, ET AL.**          **SECTION: D(3)**

## ORDER

Before the Court is a Joint Motion and Incorporated Memorandum to Continue Expert Disclosure and Discovery Deadlines, filed by Plaintiffs William Edward Curry, Billy Richard Curry, Cameron Hobby, Jackson Morgan, and Stephen Simonds, and Defendants M/V Chemtrans Taurus, its engines, machinery, tackles, appurtenances, apparel, etc., *in rem*, and Sparrow 6 Shipping, Inc.[1] The parties seek extensions of expert report deadlines and the deposition and discovery deadlines. The parties do not seek to continue the trial date.

Accordingly,

**IT IS HEREBY ORDERED** that the Motion is **GRANTED**.

**IT IS FURTHER ORDERED** that the deadlines in the Scheduling Order[2] are **AMENDED** as follows:

| | |
|---|---|
| Plaintiffs' Expert Reports | July 23, 2026 |
| Defendants' Expert Reports | August 22, 2026 |
| Plaintiffs' Rebuttal Reports | September 6, 2026 |
| Depositions and Discovery | September 21, 2026 |

---

[1] R. Doc. 37.

[2] R. Doc. 33.

**IT IS FURTHER ORDERED** that all other deadlines in the Amended Scheduling Order[3] remain in effect

New Orleans, Louisiana, June 22, 2026.

_____
**WENDY B. VITTER**
**United States District Judge**

---

[3] *Id.*